IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| BUNKEY JOHN BOWMAN | § | |
| VS. | § | CIVIL ACTION NO. 9:21-CV-281 |
| GREG ABBOTT, GOVERNOR OF THE STATE OF TEXAS, *et al.*, | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, Bunkey John Bowman, an inmate confined at the Eastham Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Governor Greg Abbott, TDCJ Director Brian Collier, Warden Donald Muniz and Chaplain L. Fatheree.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendation for the disposition of the case.

Procedural Background

Plaintiff paid the full filing fee of $402.00. As a result, Plaintiff was ordered to properly effectuate service of summons and the complaint on each Defendant on March 11, 2022 (Doc. # 16). The Clerk of Court issued and mailed summonses to Plaintiff for service (Doc. # 17). On June 15, 2022, Plaintiff filed a Motion to Voluntarily Dismiss (Doc. # 31).

Analysis

A plaintiff has an absolute right to voluntarily dismiss an action without a court order if the plaintiff files "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(i)-(iii); *see Carter v. United States*, 547 F.2d 258, 259 (5th Cir. 1977). Plaintiff has not served the Defendants and thus there is no opportunity for the Defendants to file an

answer in this case. Plaintiff's claims should be dismissed pursuant to Federal Rule of Civil Procedure 41(a) without prejudice.

## Recommendation

Plaintiff's claims against Defendants Abbott, Collier Muniz, and Fatheree should be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

## Objections

Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(c).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen (14) days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 24th day of June, 2022.

_____
Zack Hawthorn
United States Magistrate Judge