IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| BUNKEY JOHN BOWMAN | § | |
| VS. | § | CIVIL ACTION NO. 9:21-CV-281 |
| GREG ABBOTT, GOVERNOR OF THE STATE OF TEXAS, *et al.*, | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Bunkey John Bowman, an inmate confined at the Eastham Unit with the Texas Department of Criminal Justice, Correctional Institutional Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Governor Greg Abbott, TDCJ Director Brian Collier, Warden Donald Muniz and Chaplain L. Fatheree.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Lufkin, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends granting Plaintiff's Motion to Dismiss filed pursuant to Federal Rule of Civil Procedure 41(a) (doc. # 32).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

---

[1] Plaintiff filed a Response on July 20, 2022 stating it was his intent to dismiss the case (doc. # 34).

**SIGNED** this the 16 day of **August, 2022.**

_____
Thad Heartfield
United States District Judge